IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EVAN CONLEY FISHINGHAWK                                              PETITIONER

Case No. 5:15-CV-5255

MEDICAL SUPERVISOR
TYRANNY RAY;
NURSE PATRICIA DAVIS; and
NURSE LEAH BRANYAN                                                   RESPONDENTS

**O R D E R**

Currently before the Court are the proposed findings and recommendations (Doc. 79) filed in this case on October 27, 2016, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas.  The time for filing objections has passed, and no objections have been filed by any party.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.  Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 72) is GRANTED.  Claims against Medical Supervisor Tyranny Ray, Nurse Patricia Davis, and Nurse Leah Branyan are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with an order of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 20th day of December, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE